18828—Order of United Commercial Travelers of America v. Emma C. Gibbs. Motion for an order directing the Court of Appeals of Stark county to certify its record. Overruled. Dock. 11-19-24, 2 Abs. 722.

18829—J. C. Hoagland v. Clara Hoagland. Motion for an order directing the Court of Appeals of Trumbull county to certify its record. Sustained. Dock. 11-20-24, 2 Abs. 738.

18853—John H. Hogan et al. v. Public Utilities Commission. Motion for stay of execution of order of Public Utilities Commission. Overruled. Dock. 12-9-24, 2 Abs. 770.

## NEW DECISIONS REPORTED

### TUESDAY, DECEMBER 23, 1924
#### CASES ON GENERAL DOCKET

| | |
|---|---|
| American Guar. Co. v. McNiece | 18344 |
| Becker et v. Fisher | 18385 |
| Bd. of Ed. Akron v. Mulcahy | 18843 |
| Duncan v. Miller | 18827 |
| Eberle v. Gurnea | 18115 |
| Gohman v. St. Bernard (City) | 18402 |
| Gurnea Est. in re | 18115 |
| Hummer v. Parsons | 18494 |
| Indus. Com. v. Russell | 18391 |
| Indus. Com. v. Monroe | 18506 |
| Indus. Com. v. Burckard | 18711 |
| Jackson v. Cleve. Ry. Co. | 18387 |
| James v. Cin. Tract. Co. | 18044 |
| Kinsman Nat. Bank v. Jerko | 18447 |
| Kneale v. Jennings | 18652 |
| Gurnea Est., in re v. Gurnea | 18115 |
| Lawrence v. Kern | 18403 |
| Massillon Elec. & G. Co. v. Reinoehl | 18842 |
| McCarty v. Lingham | 18493 |
| Penn. Rd. Co. v. Vitti | 18273 |
| Portage Mark Co. v. George | 18480 |
| Ruch v. State | 18643 |
| Savin v. Butler | 18422 |
| Shrock v. W. & L. E. Rd. | 18833 |
| State ex v. Sand. M. & N. Ry. | 18072 |
| State ex v. Bistline | 18567 |
| State ex v. Carter | 18610 |
| State ex v. Johnston | 18684 |
| State ex v. Bowen | 18683 |
| State ex v. Davis | 18809 |
| Trum. Cliffs Fur Co. v. Shackovsky | 18219 |
| Walters v. B. & O. S. W. Ry. | 18555 |

#### CASES ON MOTION DOCKET

| | |
|---|---|
| Balt. & O. Rd. Co. v. Baillie | 18831 |
| Bolotin Drabkin Fur Co. v. Weston | 18832 |
| Indust. Com. v. Schwab | 18840 |
| Immel et v. Beck | 18844 |
| Klein v. Hawkins | 18834 |
| Kossick v. Sharon Steel Hoop Co. | 18838 |
| Newbold v. Michael | 18069 |
| O'Brien v. O'Brien | 18757 |
| Reinbolt v. Reinbolt | 18691 |
| Richey v. Beer | 18811, 18821 |
| Ritz v. Messer | 18750 |

#### GENERAL DOCKET ANNOTATED CASES

For Syllabi of General Docket Cases, see post, next page.

18044—Sarah G. James v. Cincinnati Traction Co.; error to Hamilton Appeals. Judgment of appeals reversed and that of superior court affirmed. Marshall, C. J., Robinson, Mat-

thias, Day and Allen, JJ., concur. Conn, J., dissents. Dock. 1922.

18072—State, ex rel. Crabbe, Atty. Genl., v. Sandusky, Mansfield & Newark R. R. Co. et. In Quo Warranto. Writ denied. Marshall, C. J., Jones, Matthias, Day, Allen and Conn, JJ., concur. Robinson, J., took no part in case.

18115—In re Estate of U. H. Gurnea, deceased; George H. Eberle, Exr., v. Sarah Helen Gurnea; error to Clark Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day Allen and Conn, JJ., concur.

18219—Trumbull Cliffs Furnace Co. v. Joseph Shackovsky; error to Cuyahoga Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 12-5-23, 1 Abs. 843; OA. 1 Abs. 817.

18273—Pennsylvania Rd. Co. v. Anthony Vitti, Admr.; error to Cuyahoga Appeals. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 12-26-23, 2 Abs. 45; OA. 2 Abs. 364.

18344—American Guaranty Co. v. Thomas McNiece et al.; error to the Guernsey Appeals. Judgment affirmed. Robinson, Jones, Matthias, Day and Allen, JJ., concur. Dock. 1-29-24, 2 Abs. 83.

18385—Oren D. Becker, Exr., et al. v. Edwin C. Fisher et al.; error to Clinton Appeals. Judgment reversed. Marshall, C. J., Allen and Conn, JJ., concur. Day, J., concurs in judgment of reversal. Jones, J., dissents. Dock. 2-14-24, 2 Abs. 147; OS. pend. 2 Abs. 375.

18387—Mary A. Jackson v. Cleveland Ry. Co.; error to the Cuyahoga County Appeals. Judgment reversed. Marshall, C. J., Robinson, Jones. Matthias, Day, Allen and Conn, JJ., concur. Dock. 2-15-24, 2 Abs. 147; OA. 2 Abs. 266; OS. pend. 2 Abs. 261; Mo. Cer. Sus. 2 Abs. 373.

18391—Industrial Commission v. Charles M. Russell; error to Hamilton Appeals. Judgment reversed. Marshall, C. J., Robinson, Jones, Matthias and Day, JJ., concur. Dock. 2-16-24, 2 Abs. 147; OS. 2 Abs. 292.

18402—Elizabeth Gohman v. City of St. Bernard; certified by Hamilton Appeals. Judgment affirmed. Marshall, C. J., Robinson, Allen and Conn, JJ., concur. Jones, Matthias and Day, JJ., concur in props. 4, 5 and 6 of the syllabus and in the judgment, but dissent from props. 1, 2 and 3. Dock. 2-22-24, 2 Abs. 163.

18403—W. W. Lawrence & Co. v. Andrew Kern; error to Belmont Appeals. Judgment of appeals reversed and that of common pleas affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 2-22-24, 2 Abs. 163; Mo. Cer. Sus. 2 Abs. 373.

18422—Samuel Savin v. Joseph S. Butler; error to Hamilton Appeals. Judgment affirmed. Marshall, C. J., Matthias, Allen and Conn, JJ., concur. Dock. 3-1-24, 2 Abs. 179; Mo. Cer. Sus. 2 Abs. 373.

18843—Board of Ed. Akron City School Dist. v. Cornelius Mulcahy, a Taxpayer. Motion to Summit Appeals to certify its record. Overruled. Dock. 10-29-24, 2 Abs. 754.